IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE HERNANDEZ,

    Plaintiff,                    No. CIV S 07-1986 GEB DAD P

    vs.

KAREN KELLY, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On December 11, 2007, the court ordered the United States Marshal to serve the complaint on three defendants. Service has been effected on two defendants. The Marshal was unable to effect service on defendant Dr. Mathis because he is a contract employee, not permanently employed at the facility, and the United States Marshal has no contact information for him.

        If plaintiff wishes to proceed with his claims against defendant Dr. Mathis, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

1

1  Plaintiff is cautioned that when service of a complaint is not made upon a
2  defendant within 120 days after the complaint was filed, the court may be required to dismiss the
3  plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).
4  Accordingly, IT IS HEREBY ORDERED that:
5  1.  The Clerk of the Court is directed to send plaintiff one summons, one USM-
6  285 form, an instruction sheet, and a copy of the amended complaint filed October 24, 2007;
7  2.  Within sixty days from the date of this order, plaintiff shall either complete the
8  attached Notice of Submission of Documents and submit it to the court with the documents listed
9  below, or plaintiff shall show good cause why he cannot provide the required information and
10 documents:
11  a.  One completed USM-285 form for defendant Dr. Mathis;
12  b.  Two copies of the amended complaint filed October 24, 2007; and
13  c.  One completed summons form.
14 DATED: February 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hern1986.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE HERNANDEZ, | | |
| | Plaintiff, | No. CIV S-07-1986 GEB DAD P |
| vs. | | |
| KAREN KELLY, et al., | | NOTICE OF SUBMISSION |
| | Defendants. | OF DOCUMENTS |
| _____/ | | |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     \_\_\_\_ <u>one</u> completed summons form;

     \_\_\_\_ <u>one</u> completed USM-285 form; and

     \_\_\_\_ <u>two</u> true and exact copies of the amended complaint filed October 24, 2007.

DATED: _____.

                                                                                  Plaintiff