IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE HERNANDEZ,

    Plaintiff,                    No. CIV S-07-1986 GEB DAD P

    vs.

KAREN KELLY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit the documents necessary to effect service on defendant Dr. Mathis pursuant to the court's order of February 21, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 21, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted ninety days from the date of this order in which to submit the documents necessary to effect service on defendant Dr. Mathis.

DATED: April 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
hern1986.36usm