IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE HERNANDEZ,

      Plaintiff,                  No. CIV S-07-1986 GEB DAD P

   vs.

KAREN KELLY, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff has requested a second extension of time to complete and file the documents necessary to effect service on defendant Mathis pursuant to the court's order of February 21, 2008. Good cause appearing, plaintiff's request will be granted. However, no further extensions of time will be granted for this purpose. Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's July 17, 2008 request for an extension of time is granted; and

/////
/////
/////
/////
/////

1

2. Plaintiff is granted ninety days from the date of this order to complete and file the documents necessary to effect service on defendant Mathis. No further extensions of time will be granted for this purpose.

DATED: August 4, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
hern1986.36usm(2)