IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE HERNANDEZ,

      Plaintiff,                    No. CIV S-07-1986 GEB DAD P

  vs.

KAREN KELLY, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. On March 9, 2010, defendants filed a motion for summary judgment pursuant to Rule 56. Plaintiff has not opposed the motion or otherwise responded to it.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." The court filed an order on December 11, 2007 advising plaintiff of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

/////

1


inherent power of the Court." In the order filed December 11, 2007, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' March 9, 2010 motion for summary judgment. Failure to comply with this order will result in a recommendation for the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). Defendants shall file a reply, if any, in accordance with Local Rule 230(l).

DATED: April 21, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
hern1986.46