IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE HERNANDEZ,

        Plaintiff,                  No. CIV S-07-1986 GEB DAD P

    vs.

KAREN KELLY, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2009, the court issued a scheduling order in this case containing dates for pretrial statements, pretrial conference, and jury trial. On March 9, 2010, the defendants filed a motion for summary judgment.

        Good cause appearing, the court will vacate scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after defendants' motion for summary judgment has been ruled upon. The remainder of the court's scheduling order will remain in effect.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The court's July 6, 2009 scheduling order dates related to pretrial statements

3  (April 23, 2010 and May 7, 2010), pretrial conference (May 14, 2010), and jury trial (August 10,

4  2010) are vacated; and

5  2. The court will issue a revised scheduling order if necessary after summary

6  judgment has been ruled upon. The remainder of the court's scheduling order remains in effect.

7  DATED: April 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hern1986.vac

2