IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE HERNANDEZ,

    Plaintiff,                    No. CIV S-07-1986 GEB DAD P

    vs.

KAREN KELLY, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, the court will grant plaintiff's request.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 3, 2010 motion for an extension of time (Doc. No. 50) is granted; and

        2. Plaintiff shall file, within thirty days of the date of this order, an opposition or statement of non-opposition to defendants' motion for summary judgment.

DATED: June 8, 2010.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
hern1986.36opp